UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF FLORIDA
Miami Division

Case Number: 07-23322-CIV-MORENO

GREAT LAKES REINSURANCE (UK) PLC., a
foreign corporation,

    Plaintiff,

vs.

RAFAEL JORGE ROCA and ELENA MARIA
ROCA,

    Defendants.
_____/

**ORDER ADOPTING MAGISTRATE'S REPORT AND RECOMMENDATION AND GRANTING IN PART AND DENYING IN PART THIRD-PARTY DEFENDANTS' MOTION FOR SUMMARY JUDGMENT**

THE MATTER was referred to the Honorable Edwin G. Torres, United States Magistrate Judge for a Report and Recommendation on Third-Party Defendants' Motion for Summary Judgment **(D.E. No. 31)**, filed on **October 31, 2008**. The Magistrate Judge filed a Report and Recommendation **(D.E. No. 58)** on **January 6, 2009**. The Court has reviewed the entire file and record. Therefore, it is

**ADJUDGED** that United States Magistrate Judge Edwin G. Torres's Report and Recommendation **(D.E. No. 58)** on **January 6, 2009** is **AFFIRMED** and **ADOPTED**. Accordingly, it is

**ADJUDGED** that:

(1) Third-Party Defendants' Motion for Summary Judgment as to Counts IV (Professional Malpractice) and V (Breach of Fiduciary Duty) of the Third-Party Complaint are **DENIED.**

  (2)  Third-Party Defendants' Motion for Summary Judgment as to Count VI (Promissory Estoppel) is **GRANTED**.

  DONE AND ORDERED in Chambers at Miami, Florida, this 23rd day of January, 2009.

                _____
                FEDERICO A. MORENO
                UNITED STATES DISTRICT JUDGE

Copies provided to:
United States Magistrate Judge Edwin G. Torres
Parties and Counsel of Record