UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF FLORIDA
Miami Division

Case Number: 07-23322-CIV-MORENO

GREAT LAKES REINSURANCE (UK) PLC., a
foreign corporation,

 Plaintiff,

vs.

RAFAEL JORGE ROCA and ELENA MARIA
ROCA,

 Defendants.
_____/

**ORDER ADOPTING MAGISTRATE'S REPORT AND RECOMMENDATION
AND GRANTING IN PART AND DENYING IN PART THE PARTIES' MOTIONS FOR
SUMMARY JUDGMENT**

 THE MATTER was referred to the Honorable Edwin G. Torres, United States Magistrate Judge for a Report and Recommendation on Plaintiff's Motion for Summary Judgment **(D.E. No. 23)**, filed on **October 28, 2008** and on Defendant's Motion for Summary Judgment **(D.E. No. 32)**, filed on **October 31, 2008**. The Magistrate Judge filed a Report and Recommendation **(D.E. No. 57)** on **January 6, 2009**. The Court has reviewed the entire file and record. The Court has made a *de novo* review of the issues that the objections to the Magistrate Judge's Report and Recommendation present, and being otherwise fully advised in the premises, it is

 **ADJUDGED** that United States Magistrate Judge Edwin G. Torres's Report and Recommendation **(D.E. No. 57)** on **January 6, 2009** is **AFFIRMED** and **ADOPTED**. Accordingly, it is

 **ADJUDGED** that:

(1)     Plaintiff's Motion for Summary Judgment as to Count II is **DENIED.**

(2)     Defendant's Motion for Summary Judgment as to Count I is **GRANTED** and as to Count II is **DENIED**.

DONE AND ORDERED in Chambers at Miami, Florida, this 27th day of January, 2009.

_____
FEDERICO A. MORENO
UNITED STATES DISTRICT JUDGE

Copies provided to:
United States Magistrate Judge Edwin G. Torres
Parties and Counsel of Record